UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-2608 CAS(SPx) | Date | June 25, 2012 |
|---|---|---|---|
| Title | SALVADOR BRAVO v. QUALITY LOAN SERVICE CORP.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Anne Kielwasser | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Richard Kim |

**Proceedings:** **DEFENDANTS' MOTION TO DISMISS** (filed 5/21/2012)

On March 27, 2010, pro se plaintiff Salvador Bravo filed this action against defendants Quality Loan Service Corp., Wells Fargo, N.A., and First Franklin Financial Corp. On May 17, 2012, Quality Loan Service Corp. filed a declaration of nonmonetary status. On May 21, 2012, Wells Fargo and First Franklin filed a motion to dismiss. Plaintiff failed to file an opposition to defendants' motion and failed to attend oral argument. Accordingly, defendants' motion is GRANTED and plaintiff's complaint is dismissed WITHOUT PREJUDICE. L.R. 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). Plaintiff shall have **thirty (30) days** to amend his complaint. Plaintiff is admonished that failure to timely file an amended complaint may result in dismissal with prejudice.

IT IS SO ORDERED.

| | 00 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |